UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SECURITY ARCHIVE, </br></br> Plaintiff, </br></br> v. </br></br> U.S. DEPARTMENT OF STATE, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) C.A. No. 17-770 (CKK) </br> ) </br> ) </br> ) </br> ) </br> ) |

## STATUS REPORT

Defendant provides this status update, pursuant to the Court's November 3, 2017, Minute Order calling for Defendant to provide a court "a statement that the parties have agreed regarding the number of pages to be processed each month."

Defendant is pleased to report that the parties have reached agreement on an appropriate number of pages to be processed each month by the Department of State, which has committed to processing at least 600 pages per month starting in December 2017, and will continue its work identifying duplicates and non-responsive material as quickly as possible, in order to reduce the overall volume of material that remains to be processed.

The Department of State further reports that due to the ongoing efforts to reduce the amount of material remaining to be processed by identifying duplicates and non-responsive material as quickly as possible, after next week's anticipated production there will remain fewer than 4800 pages of potentially responsive material that will need to be processed. At the

proposed rate of at least 600 pages per month, Defendant anticipates completing processing and production in approximately 8 months.

November 8, 2017

          Respectfully submitted,

          JESSIE K. LIU, DC Bar #472845
          United States Attorney

          DANIEL F. VAN HORN, DC Bar #924092
          Chief, Civil Division

By: _____/s/
          W. MARK NEBEKER, DC Bar #396739
          Assistant United States Attorney
          555 4th Street, N.W.
          Washington, DC  20530
          (202) 252-2536
          mark.nebeker@usdoj.gov